# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Tiahna Taylor, | CASE NO.: 4:18CV1731 |
| Plaintiffs, | JUDGE JOHN ADAMS |
| v. | |
| Law Firm of William J. Urban. Co., LPA, | **ORDER OF DISMISSAL** |
| Defendant. | |

The parties filed a stipulation with this Court on September 20, 2018 indicating that this matter had been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court will retain jurisdiction over the settlement.

IT IS SO ORDERED.

DATED: September 24, 2018          /s/ John R. Adams
                                   JUDGE JOHN R. ADAMS
                                   UNITED STATES DISTRICT COURT