It is so ordered.
/s/ John R. Adams
U.S. District Judge
11/02/18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIAHNA TAYLOR, individually and on behalf of all others similarly situated, | CASE NO.: 4:18-cv-01731 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE LAW FIRM OF WILLIAM J. URBAN, CO., L.P.A., *et al.*, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the herein case is settled and dismissed, with prejudice, with each party bearing its respective costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Amichai Zukowsky (via e-mail consent)* | */s/ Tyler L. Mathews* |
| AMICHAI ZUKOWSKY (0093007) | TYLER L. MATHEWS (0063759) |
| Zukowsky Law, LLC | JOSEPH M. MUSKA (0089512) |
| 23811 Chagrin Blvd | McDonald Hopkins LLC |
| Suite 160 | 600 Superior Avenue, East, Suite 2100 |
| Beachwood, OH 44122 | Cleveland, OH 44114 |
| Telephone: (216) 800-5529 | Telephone:   (216) 348-5400 |
| E-mail: ami@zukowskylaw.com | Facsimile:   (216) 348-5474 |
| | E-mail:  tmathews@mcdonaldhopkins.com |
| *Attorney for Plaintiff* | jmuska@mcdonaldhopkins.com |
| *Tiahna Taylor* | |
| | *Attorneys for Defendant* |
| | *The Law Firm of William J. Urban, Co., L.P.A.* |

IT IS SO ORDERED.

_____
JUDGE JOHN R. ADAMS

{7695324: }